**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Civil Action No. 12-CV-00787-RPM**

**TIMOTHY M. BENSON,**

**Plaintiff,**

**vs.**

**WAL-MART STORES, INC.,**
**a Delaware Corporation, d/b/a Wal-Mart,**

**Defendant.**

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was referred to the Magistrate Judge by an Order of Reference to Magistrate Judge entered on March 29, 2012.

Attorneys for the Defendant represent an insurance company that provided insurance coverage for an corporate entity that included a limited liability company that I was involved in outside of my official duties as a Magistrate. To avoid an appearance of a conflict of interest I hereby recuse myself from the above-captioned case.

**DATED: April 2, 2012.**

               **BY THE COURT:**

               **s/David L. West**
               **United States Magistrate Judge**