IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00787-RPM-KLM

TIMOTHY M. BENSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware corporation, d/b/a Wal-Mart,

    Defendant.
_____

ORDER WITHDRAWING ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    On March 29, 2012, this Court entered an order of reference to Magistrate Judge David L. West because of the location of the plaintiff and his counsel. Magistrate Judge West entered an order of recusal on April 2, 2012. There being no reason now to refer this case to a magistrate judge, it is

    ORDERED that the Order of Reference to Magistrate Judge [7] is withdrawn.

    DATED: April 3rd, 2012

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge