IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00787-RPM-KLM

TIMOTHY M. BENSON,

    Plaintiff,

v.

WAL-MART STORES, INC.,
a Delaware corporation, d/b/a Wal-Mart,

    Defendant.
_____

ORDER VACATING SCHEDULING CONFERENCE
_____

    Pursuant to the Order Withdrawing Order of Reference to Magistrate Judge entered by this Court today, it is

    ORDERED that the May 21, 2012, scheduling conference before Magistrate Judge Kristen L. Mix is vacated.

    DATED: April 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge