**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 12-CV-00787-RPM

TIMOTHY M. BENSON,

    Plaintiff:

v.

WAL-MART STORES, INC.,
A Deleware corporation, d/b/a Wal-Mart,

    Defendant.

_____

**ORDER RE: STIPULATED MOTION FOR REMAND TO STATE COURT**
_____

THIS MATTER comes before the Court upon Plaintiff's and Defendant's *Stipulated Motion for Remand to State Court* and the Court being otherwise fully informed and advised hereby finds:

1. Plaintiff and Defendant have stipulated that the amount in controversy does not exceed the sum or value of $75,000.

2. The United Stated District Court for the District of Colorado does not have subject matter jurisdiction over this matter.

Therefore, the Court HEREBY ORDERS:

That this case is hereby remanded to the Alamosa County District Court, State of Colorado, with each party to their own costs and attorney's fees associated with the removal and this remand.

DATED this 19th day of June 2012.

                                          BY THE COURT:
                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge